IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ JE _____ D.C.

05 JUL -6 AM 11: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

   Plaintiff,

VS.                                         No.   04-20140

MICHAEL DINKINS,

   Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING

This cause came on upon the motion of the Defendant to continue the sentencing hearing set on July 7, 2005 at 9:00 a.m. For good cause shown, the Court hereby grants the Defendant's motion. The sentencing is hereby reset for the 14th day of September, 2005 at 9:00 a.m./p.m.

**IT IS SO ORDERED** this 6 day of July, 2005.

JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-6-05

193

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 193 in case 2:04-CR-20140 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT