IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 SEP 12 PM 12: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 04-20140 Ml |
| MICHAEL DINKINS, ) | |
| Defendant. ) | |

ORDER GRANTING MOTION TO CONTINUE

Before the Court is the Motion to Continue September 14, 2005 Sentencing which was filed by the United States on September 12, 2005. Good cause having been shown, the motion is hereby GRANTED and the sentencing in this matter is RESET to Monday, November 14, 2005, at 8:45 a.m.

IT IS SO ORDERED this 12 day of September, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-12-05

236

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 236 in case 2:04-CR-20140 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT